UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOSHUA WALTER,

        Plaintiff,

   v.

KERRY INC., et al.,

        Defendants.

Case No. 21-cv-0539-bhl

## FINAL ORDER APPROVING SETTLEMENT

On October 31, 2022, the parties filed their Joint Motion for Preliminary Approval of Class Action Settlement, (ECF No. 32), and their fully executed Settlement Agreement and Release, (ECF No. 33-1). That same day, the Court entered an Order, granting preliminary approval according to the settlement and setting a fairness hearing for March 9, 2023. (ECF No. 35.)

On January 10, 2023, Plaintiff filed an unopposed motion for attorneys' fees and costs, administrative expenses, and a case contribution award. (ECF No. 36.) About a month later, Plaintiff filed an unopposed motion for final approvement of the class action settlement. (ECF No. 40.)

On March 9, 2023, the Court conducted the scheduled Fairness Hearing on the parties' request for final approval of their Settlement Agreement and Release and determined that the settlement in this matter, Plaintiff's counsel's attorneys' fees and case-related costs and expenses, and Plaintiff's service award were fair and reasonable. Based on the parties' submissions and the representation of Counsel, the Court **FINDS**:

1. The Settlement Class meets all requirements of Fed. R. Civ. P. 23(a) and 23(b)(1).
2. The Settlement Agreement is a fair, reasonable, and adequate resolution pursuant to Fed. R. Civ. P. 23(e).
3. The Settlement was reviewed by an independent fiduciary, Gallagher Fiduciary Advisors, LLC, which approved the Settlement pursuant to 68 Fed. Reg. 75632, as amended by 75 Fed. Reg. 33830.

4. Plaintiff's request for attorneys' fees in the amount of $300,000 is reasonable.
5. Plaintiff's request for reimbursement of $70,743.65 in litigation costs and $53,952 in settlement administration expenses is reasonable.
6. Plaintiff's request for a service award in the amount of $10,000 is reasonable.

**IT IS THEREFORE ORDERED**:

1. The Court's previous provisional appointments of Joshua Walter as Class Representative, Walcheske & Luzi LLC as Class Counsel, and Analytics Consulting LLC as Settlement Administrator, and its provisional certification of the Proposed Rule 23 Class are made **FINAL**.
2. The parties' Joint Motion for Final Approval of Settlement, (ECF No. 40) is **GRANTED**.
3. Plaintiff's Motion for Attorneys' Fees and Costs, Administrative Expenses, and a Case Contribution Award, (ECF No. 36), is **GRANTED**.
4. The payments to the Rule 23 Settlement Class, are approved. The funds should be distributed in a manner consistent with the Settlement Agreement.
5. All settled claims are **DISMISSED** subject to the terms of the Settlement Agreement.

Dated at Milwaukee, Wisconsin on March 9, 2023.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge